Ruth H. Sullivan, Original Plaintiff, Claude H. Brumfield, Substituted Plaintiff, Appellant, v. Lottie Remington et al., Defendants. Lutie (Luytie) H. Adams, Appellee.

Gen. No. 46,239. (Abstract of Decision.)

Vent & Vent, for appellant; Gorski, Hassell, Daly & Sinden, for appellee; Edward A. Sinden, of counsel. Opinion by JUSTICE FRIEND. Not to be published in full. Opinion filed May 3, 1954; released for publication May 27, 1954.

Stanley Szymanski, Appellee, v. Chicago Motor Coach Company, Appellant.

Gen. No. 46,258. (Abstract of Decision.)

Barrett, Barrett, Costello & Barrett, for appellant; George F. Barrett, Sidney M. Glick, and Edward Wolfe, of counsel; Arthur S. Gomberg, and Joe Reiff, for appellee; Samuel Nineberg, of counsel. Opinion by JUSTICE FRIEND. **Not to be published in full.** Opinion filed May 3, 1954; released for publication May 27, 1954.

## Martin Pennewell, a Minor by Ada E. Pennewell, his Next Friend, Plaintiff-Appellant, v. August L. Magnelia, Defendant-Appellee.

### Gen. No. 10,746.  (Abstract of Decision.)

Robert R. Canfield, and William R. Nash, for appellant; Burrell & Holtan, and Cannariato & Nicolosi, for appellee; David M. Burrell, of counsel. Opinion by JUSTICE DOVE. **Not to be published in full.** Opinion filed May 17, 1954; rehearing denied June 3, 1954; released for publication June 3, 1954.